The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.




Russ Kendig
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CANTON

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| LAURIE ANN KRASKA | ) CASE NO. 11-63013 (rk) |
| aka LAURIE A. NIBLICK | ) |
| | ) JUDGE RUSS KENDIG |
| Debtor | ) |
| | ) ORDER GRANTING MOTION TO AMEND |
| | ) ORDER GRANTING MOTION TO ALTER OR |
| | ) AMEND JUDGMENT |

This matter came before the Court on the "Motion to Amend Order Granting Motion to Alter or Amend Judgment" filed the United States Trustee (Docket #39) and the "Objection to United States Trustee's Motion to Amend Order Granting Motion to Alter or Amend Judgment (Docket #44). A hearing was held on September 11, 2012. Dean Wyman, Esq., was present at the hearing and represented the United States Trustee. Faye D. English, Esq. was present at the hearing and appeared on behalf of Nationstar Mortgage, LLC,

1

described as successor in interest to Aurora Bank FSB in the objection to the United States Trustee's motion.

The "Motion to Amend Order Granting Motion to Alter or Amend Judgment" filed under docket number 39 is granted. The United States Trustee has not requested that the Court amend or alter docket number 38 which is captioned "Amended Order Granting Motion of Aurora Bank FSB for Relief From Stay and Co-Debtor Stay" which was entered on July 2, 2012 under docket number 38. The "Amended Order Granting Motion of Aurora Bank FSB for Relief From Stay and Co-Debtor Stay' entered under docket number 38 remains in effect and is not the subject of this Order.

Based upon the statements of the Court and the statements of counsel for the United States Trustee and statements of counsel for Nationstar Mortgage, LLC, the Court orders docket entry number 29, which was entered on April 13, 2012 and which is captioned "Memorandum of Opinion (Not Intended for Publication)" stricken and further orders docket entry number 37, which was entered on July 2, 2012 and captioned ""Order Granting Motion to Alter or Amend Judgment" stricken.

# # #

Prepared and submitted by:

/s/ Dean P. Wyman
Dean P. Wyman #0007848
Senior Trial Attorney
Office of the United States Trustee
Suite 441
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio 44114
216-522-7800, ext. 231
216-522-7193
Dean.P.Wyman@usdoj.gov

Attorney for United States Trustee

Certificate of Service

Toby Rosen
Chapter 13 Trustee
400 West Tuscarawas Street
Chapter One Bank Building
4th Floor
Canton, Ohio 44702
(Electronic service)

Laurie Ann Kraska
P.O. Box 241
Smithville, Ohio 446077
(Regular mail service)

John R. Bates
436 Fair Avenue, N.W.
New Philadelphia, Ohio 44663
(Electronic service)

Faye English, Esq.
P.O. Box 968
Twinsburg, Ohio 44087
(Regular mail service)

Aurora Bank, FSB
c/o Statutory Agent
CSC Lawyers Incorporated Service (Corporation Service Co.)
50 West Broad Street, Suite 1800
Columbus, Ohio 4315
(Regular mail service)

Aurora Loan Services, LLC
2617 College Park Drive
Scottsbluff, Nebraska 69361

4

(Regular mail service)


Aurora Loan Services, LLC
c/o Statutory Agent
CSC Lawyers Incorporating Service (Corporation Service Company)
50 West Broad Street, Suite 1800
Columbus, Ohio 43215
(Regular mail service)

Nationstar Mortgage, LLC
c/o Statutory Agent
CSC Lawyers Incorporating Service (Corporation Service Company)
50 West Broad Street, Suite 1800
Columbus, Ohio 43215
(Regular mail service)